ter of the election of directors of the Silent Writing Machine Company. No opinion. Order affirmed, with costs.

SILVER, Appellant, v. REBHUN, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Julius Silver against Jahiel Rebhun. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the authority of Goffe v. Jones, 132 App. Div. 864, 117 N. Y. Supp. 407. See, also, 132 App. Div. 899, 116 N. Y. Supp. 1148.

SILVERSTEIN, Respondent, v. GALITZKA, Appellant. (Supreme Court, Appellate Division, Second Department. November 19. 1909.) Action by Samuel Silverstein against Herman Galitzka. No opinion. Judgment affirmed, with costs.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) In the matter of the application and petition of J. Edward Simmons and others, etc.; Catskill Aqueduct, section No. 2, parcel No. 72. No opinion. Appeal dismissed, with $10 costs and disbursements.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) In the matter of the application and petition of J. Edward Simmons, Charles N. Chadwick, and Charles A. Shaw, constituting the Board of 'Water Supply of the City of New York, to acquire real estate, etc., in the Town of Phillipstown, Putnam County, etc.; Catskill Aqueduct, section No. 2, parcel No. 72. No opinion. Order affirmed, with $10 costs and disbursements.

SLADE v. SQUIER et al. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Howard Slade against Frank Squier and another. No opinion. Motion denied, with $10 costs. Settle order on notice.

SLOCUM, Appellant, v. OSTRANDER, Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Ernest E. Slocum against Walter M. Ostrander. A. D. Kneeland, for appellant. J. M. Beck, for respondent. No opinion. Order affirmed, with costs. Order filed.

SMITH, Respondent, v. NATIONAL ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Grace Smith, an infant, against the National Ice Company. C. S. Petrasch, for appellant. L. F. Fish, for respondent. PER CURIAM. Order modified, by allowing service of supplemental answer without payment of costs, and, as modified, affirmed,

with $10 costs and disbursements to the appellant, payable by the attorney for the respondent personally. Settle order on notice.

SMITH, Respondent, v. NATIONAL STARCH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by William Smith against the National Starch Company. PER CURIAM. Judgment and order affirmed, with costs. KRUSE, J., dissents, upon the ground that no violation of the factory act was shown, and that the plaintiff was injured through his own lack of care and his voluntary and unnecessary exposure to obvious danger.

SMITH v. PEYROT. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Clement H. Smith against Lewis A. Peyrot. No opinion. Motion granted. Order filed. See, also, 118 N. Y. Supp. 1143.

SMITH, Respondent, v. REED et al., Appellants. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Mary L. Smith against Frederick A. Reed and another. F. S. Black, for appellants. W. H. Russell, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SOCOLOF, Respondent, v. SOBEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Joseph Socolof against Samuel Sobel and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

STACEY, Respondent, v. SULLIVAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Minnie J. Stacey, as administratrix, etc., against Mary G. Sullivan. No opinion. Judgment and order affirmed, with costs.

STEIN GRAY CO. v. MICHELSON. TEPFER v. RIVAL GAS FIXTURE CO. FORSCHEIM v. MERCHANTS' & TRADERS' BANK. (Supreme Court, Appellate Division First Department. November 12, 1909.) Actions by the Stein Gray Company against H. Michelson, by S. Tepfer against the Rival Gas Fixture Company, and by T. Forscheim against the Merchants' & Traders' Bank. No opinions. Applications granted. Orders signed. See, also, 116 N. Y. Supp. 789.

STEPHAN, Respondent, v. HECKSCHER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Mary M. Stephan, as administratrix, against August Heckscher and others.